**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **GABRIEL SALAS,** | § | |
| **aka Gabriel Salascio and** | § | |
| **Gabriel Paul Salas,** | § | |
| **(Tarrant No. 0565059),** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:23-cv-539-O** |
| | § | |
| **BILL WAYBOURN, Sheriff,** | § | |
| **Tarrant County, Texas,** | § | |
| | § | |
| **Defendant.** | § | |

## FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED** as barred by the three strikes provision of 28 U.S.C. § 1915(g).

SIGNED this **1st day** of  **June, 2023.**

Reed O'Connor
UNITED STATES DISTRICT JUDGE